Victor Meyer, Respondent, v. Harvey Fisk & Sons, Incorporated (Old Corporation in Liquidation), and Harfis Corporation, Appellants.— Judgment and order reversed upon the law and the facts and new trial granted, costs to appellants to abide the event. The Statute of Frauds is a defense to the first cause of action. The second cause of action was not submitted to the jury, and that it may be submitted a new trial is directed. Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ., concur.

Abe Miller, Appellant, v. Max Miller, Respondent.— Judgment modified by striking therefrom the provision with reference to a body execution, and as so modified unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.

Paul Ohnewald and Jason P. Denlinger, Copartners, Doing Business under the Firm Name and Style of Ohnewald & Denlinger, Respondents, v. Craco Construction Corporation, Appellant.*— Order of the Appellate Term, affirming judgment of the Municipal Court in favor of plaintiffs, affirmed, with costs. No opinion. Rich, Young, Hagarty and Scudder, JJ., concur; Lazansky, P. J., dissents upon opinion of Mr. Justice MacCrate.

Mary Phillips, as Administratrix etc., of John Henry Phillips, Deceased, Respondent, v. The New York Central Railroad Company, Appellant.— Judgment and resettled order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

Redondo Steamship Company, Inc., Respondent, v. Kerr Steamship Company, Inc., and Benjamin Harris, as Receiver in Supplementary Proceedings of Frank Auditore, Appellants. Irving Bank-Columbia Trust Company and Another, Defendants.— Order reversed upon the law and the facts, with ten dollars costs and disbursements, and motion for stay granted, with ten dollars costs, upon condition that appellants file in the office of the clerk of the county of Kings an undertaking, to be settled in this court on two days' notice, which undertaking, in addition to securing the payment by these appellants of the costs of the appeal, not exceeding five hundred dollars; the amounts awarded against appellants at Special Term and in this court by way of costs and extra allowances, and the payment by the Irving Bank-Columbia Trust Company of the sum awarded against it by the judgment appealed from, shall, as well, secure the payment by appellants of any further sum awarded upon the appeal against these appellants by way of interest on any part of the judgment as well as any further sum awarded against these appellants by virtue of any increase in the rates of charge made pursuant to law by the chamberlain of the city of New York; but such undertaking shall not secure the payment by the city chamberlain of the city of New York of the amounts which, by the judgment appealed from, the said city chamberlain of the city of New York is directed to pay. Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ., concur. Settle order on notice.